ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN BANUELOS,<br><br>　　　　　　Defendant. | Case No: 1:25-CR-00137-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Nicholas F. Reyes, counsel for Christian Banuelos ("the defendant"), that this action's **Wednesday, November 12, 2025, status conference be continued to Wednesday, January 14, 2026, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on July 17, 2025. ECF 9. Since that time, the government prepared and delivered an initial set of discovery to the defendant's prior defense counsel, Grant LC Brooks, within the time limits set forth by the Local Rules.

2. On October 16, 2025, new defense counsel, Nicholas F. Reyes, filed a substitution of counsel, which was approved by the Court the same day.

3. That day, October 16, Mr. Reyes confirmed to the government in writing that he was in agreement with the protective order regarding the handling of discovery that was previously ordered by the Court.  ECF 11.  Mr. Brooks and Mr. Reyes then made arrangements for Mr. Brooks to deliver his copy of the discovery to Mr. Reyes.

4. On October 31, 2025, Mr. Reyes informed the government that he had been unable to obtain a copy of the discovery in a reviewable format.  Mr. Reyes asked the government to re-produce the discovery that had been previously provided to the defendant's first counsel. The government agreed and re-produced the discovery on November 4.

5. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act.  The government will nevertheless follow up with law enforcement to determine the extent supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

6. Defense counsel needs additional time to review the discovery and arrange a time to review the digital evidence at HSI Fresno in accordance with the Adam Walsh Act.  Defense counsel also needs additional time to consult with his client about the case.  Accordingly, defense counsel is requesting to continue the status conference currently set for November 12, 2025, to January 14, 2025.  By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

7. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

2

8. The government does not object to the continuance.

9. The parties therefore stipulate that the period of time from November 12, 2025, through January 14, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 5, 2025                                ERIC GRANT
                                                        United States Attorney


                                                  By:   /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
                                                        Assistant United States Attorney


Dated: November 5, 2025                           By:   /s/ NICHOLAS F. REYES
                                                        NICHOLAS F. REYES
                                                        Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED that the status conference is continued from November 12, 2025, to **January 14, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 5, 2025**                     /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE